# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-00401-MR

| | |
|---|---|
| SOMCHAI NOONSAB, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ERIC A. HOOKS, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's habeas corpus petition, filed on December 28, 2020. [Doc. 1]. As best as can be discerned from the pleading, Petitioner appears to challenge his state court conviction under 28 U.S.C. § 2254. [Doc. 1].

On November 18, 2013, Petitioner was sentenced in Wake County, North Carolina Criminal Case No. 13-CR-203378 to a consolidated term of 192-291 months imprisonment and is presently confined at Franklin Correctional Center, located in Franklin County, North Carolina.

State prisoner habeas corpus petitions may be brought either in the federal judicial district in which the state court of the conviction is located or in the district of confinement. See 28 U.S.C. § 2241(d). Petitioner's place of conviction and place of confinement are both located in the Eastern District

1

of North Carolina.  As such in accordance with 28 U.S.C. § 2241(d) and joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (See Joint Order, In re: Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall transfer this action to the United States District Court for the Eastern District of North Carolina, where venue is proper.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the Eastern District of North Carolina.

2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: April 30, 2021

Martin Reidinger
Chief United States District Judge